# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROSE ANN FERNANDEZ, | ) | NO. ED CV 12-2154 SJO (FMO) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| C.D.C.R., et al., | ) | |
| Respondents. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: December 18, 2012.

*S. James Otero*

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE